IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**ETHAN AUTREY, Individually and on**          **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.          No. 1:20-cv-572-WS-MU

**HARRIGAN LUMBER CO., INC.**          **DEFENDANT**

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE

Plaintiff Ethan Autrey, individually and on behalf of others similarly situated, and Defendant Harrigan Lumber Co., Inc, by and through their respective undersigned counsel, hereby submit the following for their Joint Motion for Entry of Final Judgment and Dismissal with Prejudice:

1. On May 18, 2022, this Court granted final approval of the Parties' settlement. ECF No. 73.

2. In the Parties' last Status Report on November 10, 2022, they informed the Court that the Defendant had reissued checks for the three Opt-In Plaintiffs who requested such. ECF No. 91.

3. No further requests for reissued checks have been made to date, and the check cashing period has now expired.

4. Plaintiffs' counsel has fully performed all settlement administration duties.

5. The Parties request that the Court enter the proposed stipulated final judgment attached hereto as Exhibit 1 and dismiss this case with prejudice.

Page 1 of 3
Ethan Autrey, et al. v. Harrigan Lumber Co., Inc.
U.S.D.C. (S.D. Ala.) Case No. 1:20-cv-572-WS-MU
Joint Motion for Entry of Final
Judgment and Dismissal with Prejudice

WHEREFORE, premises considered, the parties pray that the Court grant this Motion, enter the attached proposed final judgment, dismiss this case with prejudice, and for all other necessary and proper relief.

Respectfully submitted,

**ETHAN AUTREY, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Samuel Brown*
Samuel Brown
Ark. Bar No. 2020210
samuel@sanfordlawfirm.com
Admitted *pro hac vice*

**and   DEFENDANT HARRIGAN LUMBER CO., INC.**

THE KULLMAN FIRM
600 University Park Place, Suite 340
Birmingham, Alabama 35209
Telephone: (205) 263-0222
Facsimile: (205) 871-5874

*/s/ F. Daniel Wood, Jr.*
F. Daniel Wood, Jr.
ASB-6822-D65F
fdw@kullmanlaw.com

Cecily L. Kaffer
ASB-5953-R66C
clk@kullmanlaw.com

Page 2 of 3
Ethan Autrey, et al. v. Harrigan Lumber Co., Inc.
U.S.D.C. (S.D. Ala.) Case No. 1:20-cv-572-WS-MU
Joint Motion for Entry of Final
Judgment and Dismissal with Prejudice

## CERTIFICATE OF SERVICE

 I hereby certify that on this 28th day of November, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

               <u>/s/ Samuel Brown</u>
               Counsel for Plaintiff

**Page 3 of 3**
**Ethan Autrey, et al. v. Harrigan Lumber Co., Inc.**
**U.S.D.C. (S.D. Ala.) Case No. 1:20-cv-572-WS-MU**
**Joint Motion for Entry of Final**
**Judgment and Dismissal with Prejudice**