# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ETHAN AUTREY, Individually and on Behalf of All Others Similarly Situated,**     ) <br>        **Plaintiff,**        ) <br>          ) <br> **vs.**          ) <br>          ) <br> **HARRIGAN LUMBER CO., INC.,**     ) <br>        **Defendant.**        ) | **Case No. 1:20-572-WS-MU** |

## FINAL JUDGMENT

In accordance with the orders of Court entered in this case approving the parties' settlement, (Docs. 38, 42, 49, 73), the plaintiffs and opt-in plaintiffs shall have and recover of the defendant the following sums:

| | | |
|---|---|---|
| 1 | Abney, Radarrius R. | $163.09 |
| 2 | Adair, Kevin P. | $158.56 |
| 3 | Autrey, Ethan J. | $1,771.60 |
| 4 | Barkley, Willie D. | $493.54 |
| 5 | Betts, Kelvin T. | $449.78 |
| 6 | Biggs, Marco T. | $232.47 |
| 7 | Bivins, Jr, Larry | $57.09 |
| 8 | Bivins, Larry | $771.17 |
| 9 | Black, John L. | $248.00 |
| 10 | Booker, Keith L. | $634.22 |
| 11 | Boykin, Arthur L. | $149.18 |
| 12 | Boykin, Travis | $176.32 |
| 13 | Bright, Christopher J. | $64.04 |
| 14 | Broughton, Kelvin R. | $0.41 |
| 15 | Brown, Canlis A. | $0.20 |
| 16 | Brown, Jr, Willie L. | $337.21 |
| 17 | Brown, Mark E. | $349.21 |
| 18 | Brown, Willie L. | $433.08 |
| 19 | Brown, Willie R. | $339.14 |
| 20 | Bryant, Kevin E. | $484.14 |
| 21 | Bullard, Anthony T. | $209.21 |
| 22 | Bullard, Jason T. | $192.20 |
| 23 | Bullard, Travis T. | $22.41 |
| 24 | Burroughs, Jr, James E. | $560.27 |

| 25 | Butts, Jr, Thomas E. | $1,038.32 |
|----|----------------------|-----------|
| 26 | Carmichael, Marcus Q. | $33.70 |
| 27 | Carroll, Colt M. | $556.79 |
| 28 | Clausell, Johnathion M. | $117.05 |
| 29 | Cobb, Gerald W. | $337.07 |
| 30 | Conner, Debra A. | $192.64 |
| 31 | Cook, Steven J. | $121.74 |
| 32 | Dale, Timmy | $5.23 |
| 33 | Davis, Anthony T. | $577.19 |
| 34 | Davis, Deandre M. | $273.92 |
| 35 | Davis, Gregory C. | $199.74 |
| 36 | Davis, Jalen D. | $446.10 |
| 37 | Davis, Marvin A. | $1,052.16 |
| 38 | Davis, Marvin J. | $746.29 |
| 39 | Davis, Ray C. | $276.20 |
| 40 | Dees, Keland S. | $95.65 |
| 41 | Edwards, Michael J. | $463.54 |
| 42 | Foster, Jr., Joe L. | $138.07 |
| 43 | Foster, Shedrick | $292.69 |
| 44 | Garner, Cleveland R. | $179.53 |
| 45 | Gill, Joseph L. | $307.35 |
| 46 | Grace, Darren E. | $411.98 |
| 47 | Gross, Emmett C. | $136.31 |
| 48 | Hixon, Thomas J. | $191.69 |
| 49 | Hollinger, Kenneth L. | $246.07 |
| 50 | Huff, Jr, Tom L. | $0.31 |
| 51 | Hughes, Austin Z. | $163.58 |
| 52 | Hunter, Abe J. | $545.36 |
| 53 | Hurry, Dauseya L. | $1.25 |
| 54 | James, Anthony U. | $764.43 |
| 55 | James, Jonathan E. | $255.97 |
| 56 | James, Rashad D. | $28.67 |
| 57 | Kidd, Darryl J. | $379.43 |
| 58 | Kidd, Michael C. | $790.79 |
| 59 | Knight, Demoris M. | $268.43 |
| 60 | Knight, Larry | $178.57 |
| 61 | Kochensparger, Michael A. | $802.24 |
| 62 | Kyles, Jr, Calvin R. | $153.68 |
| 63 | Laffitte, Zacorrian D. | $60.47 |
| 64 | Lee, Griffin E. | $101.74 |
| 65 | Lee, Heather S. | $70.77 |
| 66 | Lee, Jalin J. | $123.06 |
| 67 | Lee, Quinton L. | $56.11 |

| | | |
|---|---|---|
| 68 | Lett, Davionne J. | $39.80 |
| 69 | Locke, Douglas E. | $192.05 |
| 70 | Marshall, Charlie L. | $543.57 |
| 71 | Marshall, James A. | $78.30 |
| 72 | Martin, George E. | $116.91 |
| 73 | Martin, Jr, George E. | $27.03 |
| 74 | McCall, Reginald A. | $24.72 |
| 75 | McCants, Tyler Z. | $157.95 |
| 76 | McClain, Anthony M. | $170.09 |
| 77 | McCorvey, Antonio F. | $0.62 |
| 78 | McPherson, Courtney L. | $50.57 |
| 79 | Millender, Kelvin J. | $218.36 |
| 80 | Montgomery, Anthony A. | $246.52 |
| 81 | Montgomery, Anton M. | $54.83 |
| 82 | Montgomery, Christopher R. | $163.40 |
| 83 | Montgomery, Torre | $351.38 |
| 84 | Murphy, Matthew D. | $39.71 |
| 85 | Nettles, Jerome | $434.65 |
| 86 | Nettles, Kenneth D. | $640.04 |
| 87 | Nettles, Landric J. | $48.16 |
| 88 | Nord, James S. | $15.62 |
| 89 | Odom, Shannon E. | $608.66 |
| 90 | Odoms, Daniel | $237.12 |
| 91 | Patrick, Cadarius D. | $55.97 |
| 92 | Patrick, Travis M. | $3.40 |
| 93 | Penn, Desmon E. | $308.96 |
| 94 | Powell, Justin J. | $64.21 |
| 95 | Preyer, George L. | $417.45 |
| 96 | Richardson, Deandre J. | $35.99 |
| 97 | Richardson, Harold A. | $176.88 |
| 98 | Richardson, Herman L. | $471.96 |
| 99 | Richardson, Ramani D. | $2.50 |
| 100 | Riley, Jerry L. | $217.96 |
| 101 | Rivers, Darrell L. | $339.49 |
| 102 | Rivers, Lee A. | $250.94 |
| 103 | Rivers, Tommy | $465.39 |
| 104 | Robinson, Michael | $148.18 |
| 105 | Rowell, Jesse L. | $126.22 |
| 106 | Rudolph, Dejuan R. | $308.05 |
| 107 | Scruggs, James R. | $103.96 |
| 108 | Sigler, Anthony A. | $135.96 |
| 109 | Sims, Eric | $249.65 |
| 110 | Snell, Jimmy E. | $61.78 |

| | | |
|---|---|---:|
| 111 | Spencer, Mitchell D. | $196.62 |
| 112 | Stallworth, Adrian J. | $65.36 |
| 113 | Stallworth, Deniece D. | $48.56 |
| 114 | Stallworth, Keshawn C. | $263.10 |
| 115 | Tate, Henry A. | $3.04 |
| 116 | Taylor, Bryson K. | $60.81 |
| 117 | Thomas, Jeremy T. | $39.88 |
| 118 | Thomas, Markeith L. | $660.79 |
| 119 | Tolbert, Robert L. | $271.95 |
| 120 | Turberville, Christopher T. | $594.51 |
| 121 | Watkins, Xavier Y. | $153.32 |
| 122 | Watson, Craig D. | $97.52 |
| 123 | Watson, Robert C. | $1,097.56 |
| 124 | Whisenhunt, Ranson | $371.19 |
| 125 | Wiggins, Tony L. | $65.95 |
| 126 | Williams, Dematray V. | $50.65 |
| 127 | Williams, Kudrna R. | $847.55 |
| 128 | Williams, Maurice | $552.58 |
| 129 | Williams, Travis M. | $491.48 |
| 130 | Wilson, Jonathan D. | $304.44 |
| 131 | Wilson, Neil A. | $703.60 |
| 132 | Wilson, Quentin L. | $66.53 |

Plaintiff's and opt-in plaintiffs' counsel shall have and recover of the defendant the sum of $24,289.00.

The parties confirm that all sums set forth above have been paid by the defendant and received by the plaintiff, opt-in plaintiffs, and counsel, respectively.

Judgment is hereby entered in favor of each plaintiff and opt-in plaintiff listed above and against defendant Harrigan Lumber Company, Inc.

DONE this 19th day of December, 2022.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE